# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00349-CV

---

**In re Lindsey Draper**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Lindsey Draper has filed a petition for writ of mandamus complaining of the trial court's temporary restraining order (TRO) and requested emergency relief. Having reviewed the petition, the supplemental petitions, the response, the reply, and the records provided, we deny the petition for writ of mandamus and request for emergency relief.[1] *See* Tex. R. App. P. 52.8(a).[2]

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed:  June 16, 2023

---

[1] We understand that the trial court may have held a hearing concerning the TRO this morning, but we do not have any information about that hearing.

[2] In his response, real party in interest requests that this Court award him attorney's fees. We deny this request. We also deny relator's pending motions to strike.